-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
June 16, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. Cr.S-06-0238-MCE |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| GURMINDER SINGH, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release SURMINDER SINGH, Case No. Cr.S-06-0238-MCE, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　　___   Release on Personal Recognizance

　　　_X_   Bail Posted in the Sum of $ __25,000__

　　　　　　_X_   Unsecured Appearance Bond

　　　　　　___   Appearance Bond with 10% Deposit

　　　　　　___   Appearance Bond with Surety

　　　　　　___   Corporate Surety Bail Bond

　　　　　　___   (Other)   Conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __June 16, 2006__ at __2:24 p.m.__

By _____
　　　Kimberly J. Mueller
　　　United States Magistrate Judge