**LAW OFFICES OF JOHNNY L. GRIFFIN III**
JOHNNY L. GRIFFIN III  (SBN 118694)
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone:(916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
GURMINDER SINGH

# IN THE UNITED STATES DISTRICT

## COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  Case No.: 2:06-cr-0238 MCE |
| Plaintiff, | ) |
| | ) |
| vs. | )  **SUBSTITUTION OF ATTORNEY** |
| | ) |
| GURMINDER SINGH, | ) |
| | ) |
| Defendant. | ) |
| | ) |

The Defendant, GURMINDER SINGH, by and through his current Attorney of

Record, Rochelle D. Barbour, hereby substitutes Johnny L. Griffin, III, and the Law Offices

of Johnny L. Griffin III, 1010 F Street, Suite 200, Sacramento, CA 95814, (916) 444-5557,

as his retained Attorney of Record in place and stead of Attorney Rochelle Barbour.


Dated: June 27, 2006           /s/ Rochelle D. Barbour
                               ROCHELLE D. BARBOUR
                               Attorney at Law

Dated: June 27, 2006           /s/ Gurminder Singh
                               GURMINDER SINGH
                               Defendant

1    I accept the above substitution.

2

3    Dated:  June 27, 2006            /s/ Johnny L. Griffin, III
                                      JOHNNY L. GRIFFIN, III
4                                     Attorney at Law

5

6    **IT IS SO ORDERED.**

7

8    Dated: July 6, 2006

9
                                      MORRISON C. ENGLAND, JR
10                                    UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

- 2