1  BENJAMIN B. WAGNER
   United States Attorney
2  MARY L. GRAD
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2763



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GURMINDER SINGH,<br><br>    Defendant. | CR. No. 2:06-CR-238-MCE<br><br>ORDER FOR RETURN OF DEFENDANT PASSPORT |

Defendant's period of pretrial release has terminated. With the payment of the special assessment and the fine, defendant will not be subject to any term of court-ordered probation. Accordingly, the Clerk of the Court is directed to return his passport to the defendant.

SO ORDERED.

Date: January 28, 2010

KIMBERLY J. MUELLER
United States Magistrate Judge

1